# UNITED STATES DISTRICT COURT
for the
District of Vermont

LUIS GUILLERMO LALA INAMAGUA

    *Petitioner(s)*

       v.

GREG HALE, in his official capacity as Superintendent of
Northwest State Correctional Facility; PATRICIA HYDE,
in her official capacity as Acting Boston Field Office
Director, Immigration and Customs Enforcement,
Enforcement and Removal Operations; VERMONT SUB-
OFFICE DIRECTOR OF IMMIGRATION AND
CUSTOMS ENFORCEMENT, ENFORCEMENT AND
REMOVAL OPERATIONS, TODD M. LYONS, in his
official capacity as Acting Director, U.S. Immigration and
Customs Enforcement; KRISTI NOEM, in her official
capacity as Secretary of the United States Department of
Homeland Security; MARCO RUBIO, in his official
capacity as Secretary of State; PAMELA BONDI, in her
official capacity as U.S. Attorney General

    *Respondent(s)*

Civil Action No.   2:25-cv-892

)
)
)
)
)
)
)
)

# JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Doc. 19) filed on December 1, 2025, the Petition for Writ of Habeas Corpus (Doc. 1) is GRANTED.  JUDGMENT is entered for petitioner Luis Guillermo Lala Inamagua, against respondents Greg Hale, Patricia Hyde, Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, Todd M. Lyons, Kristi Noem, Marco Rubio and Pamela Bondi.

Date:    March 9, 2026

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   3/9/2026

*/s/ Lisa A. Wright*
*Signature of Clerk or Deputy Clerk*